```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 17-15961-jkf
Alla Kheyfets                                                       Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Lisa              Page 1 of 2           Date Rcvd: Oct 05, 2017
                             Form ID: 309I           Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db            +Alla Kheyfets,    7607 Horrocks Street,    Philadelphia, Pa 19152-4023
tr            +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                Reading, PA 19606-0410
13979365       Avellina,    PO Box 1628,    Horsham, PA  19044-6628
13979371       Central Finl Control,    PO Box 66044,    Anaheim, CA  92816-6044
13979374       Citi Bank / The Home Depot,    PO Box 790040,    Saint Louis, MO  63179-0040
13979375       Citizens Bank,    443 Jefferson Blvd,    Warwick, RI  02886-1321
13979377       Commonwealth of Pa,    PO Box 69185,    Harrisburg, PA  17106-9185
13979379       Delaware Valley Cardiovascular Surgical,    1203 Langhorne Newtown Rd,
                Langhorne, PA  19047-1209
13979380      +DiTech,    1100 Virginia Dr # 100,    Fort Washington, PA 19034-3279
13983121      +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Phila., PA 19106-1541
13979382       Eastern Account Systems,    PO Box 837,    Newtown, CT  06470-0837
13979383       Emerg Care Serv of Pa,    PO Box 740021,    Cincinnati, OH  45274-0021
13979387       Goody/rcbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
13979389       Langhorne Physician Service,    PO Box 14000,    Belfast, ME  04915-4033
13979391       Nationstar Mortgage,    PO Box 619063,    Dallas, TX  75261-9063
13985420      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Leslie J. Rase,    Shapiro & DeNardo, LLC,
                3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13979392       Nazareth Physician,    PO Box 824034,    Philadelphia, PA  19182-4034
13979394       PNC Bank,    PO Box 856177,    Louisville, KY  40285-6177
13979393       Philadelphia Fire Department,    PO Box 8500,    Philadelphia, PA  19178-8500
13979397       Radiology Affiliates of Central N,    PO Box 787512,    Philadelphia, PA  19178-7512
13979398       Radiology Affiliates of Central NJ,    PO Box 787512,    Philadelphia, PA  19178-7512
13979399       St. Mary Medical Center Self Pay,    PO Box 822679,    Philadelphia, PA  19182-2679
13979403       TPS IV of Pa,    PO Box 827965,    Philadelphia, PA  19182-7965
13979400       The Bureaus Inc.,    1717 Central St,    Evanston, IL  60201-1507
13979401       Torres Credit,    PO Box 189,    Carlisle, PA  17013-0189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: mcculloughEisenberg@gmail.com Oct 06 2017 01:56:27     CAROL B. MCCULLOUGH,
                McCullough Eisenberg, LLC,    65 W. Street Road,    Suite A-204,    Warminister, PA  18974
smg            E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:57:45     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:56:49
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 06 2017 01:57:25     United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13979364       EDI: BECKLEE.COM Oct 06 2017 01:38:00     American Express,    PO Box 3001,
                Malvern, PA  19355-0701
13979366       EDI: BANKAMER.COM Oct 06 2017 01:38:00     Bank of America,    Attn: Recovery Department,
                4161 Piedmont Pkwy,    Greensboro, NC  27410-8110
13979367       EDI: BANKAMER.COM Oct 06 2017 01:38:00     Bank of America,    PO Box 982235,
                El Paso, TX  79998-2235
13979369       EDI: CAPITALONE.COM Oct 06 2017 01:38:00     Capital One,    PO Box 30253,
                Salt Lake City, UT  84130-0253
13979368       EDI: CAPITALONE.COM Oct 06 2017 01:38:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT  84130-0285
13979370       EDI: CAPITALONE.COM Oct 06 2017 01:38:00     Capital One Bank,    PO Box 71083,
                Charlotte, NC  28272-1083
13979372       EDI: CHASE.COM Oct 06 2017 01:43:00     Chase,    PO Box 15298,    Wilmington, DE  19850-5298
13979373       EDI: CHASE.COM Oct 06 2017 01:43:00     Chase Card,    PO Box 15298,
                Wilmington, DE  19850-5298
13979376       E-mail/Text: equiles@philapark.org Oct 06 2017 01:58:35     City of Philadelphia,
                PO Box 41818,    Philadelphia, PA  19101-1818
13979378       EDI: CRFRSTNA.COM Oct 06 2017 01:38:00     Credit First,    PO Box 818011,
                Cleveland, OH  44181-8011
13979381       EDI: TSYS2.COM Oct 06 2017 01:38:00     DSNB Macys,    9111 Duke Blvd,    Mason, OH  45040-8999
13979388       E-mail/Text: bankruptcy.bnc@ditech.com Oct 06 2017 01:56:43     Greentree Serviciing, LLC,
                PO Box 6172,    Rapid City, SD  57709-6172
13979390       EDI: MID8.COM Oct 06 2017 01:43:00     Midland Funding, LLC,    8875 Aero Dr Ste 200,
                San Diego, CA  92123-2255
13979395       EDI: PRA.COM Oct 06 2017 01:43:00     Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                Norfolk, VA  23541-1067
13979396       EDI: PRA.COM Oct 06 2017 01:43:00     Portfolio Recovery Associates, LLC,    PO Box 12914,
                Norfolk, VA  23541-0914
13978119      +EDI: PRA.COM Oct 06 2017 01:43:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA  23541-1021
```

```
District/off: 0313-2          User: Lisa                   Page 2 of 2                   Date Rcvd: Oct 05, 2017
                              Form ID: 309I                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13979402        EDI: TFSR.COM Oct 06 2017 01:38:00      Toyota Motor Credit,   PO Box 8026,
                 Cedar Rapids, IA   52408-8026
13979384        EDI: RMSC.COM Oct 06 2017 01:38:00      gecrb/Howards,   PO Box 103104,
                 Roswell, GA   30076-9104
13979385        EDI: RMSC.COM Oct 06 2017 01:38:00      gecrb/JC Penny,   PO Box 103104,
                 Roswell, GA   30076-9104
13979386        EDI: RMSC.COM Oct 06 2017 01:38:00      gecrb/Lowes,   PO Box 103104,   Roswell, GA   30076-9104
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13979363        17-15961
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
          CAROL B. MCCULLOUGH    on behalf of Debtor Alla  Kheyfets mcculloughreisenberg@gmail.com,
           G25217@notify.cincompass.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pa-bk@logs.com
          LESLIE J. RASE    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pabk@logs.com,    lerase@logs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Alla Kheyfets** | | Social Security number or ITIN | xxx–xx–6070 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | Date case filed for chapter 13 | 9/1/17 |
| Case number: | 17–15961–jkf | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                      12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alla Kheyfets | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7607 Horrocks Street<br>Philadelphia, Pa 19152 | |
| 4. | **Debtor's attorney**<br>Name and address | CAROL B. MCCULLOUGH<br>McCullough Eisenberg, LLC<br>65 W. Street Road<br>Suite A–204<br>Warminster, PA 18974 | Contact phone (215) 957–6411<br>Email: mcculougheisenberg@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 10/5/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 3, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/2/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/1/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/28/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1,601.85 per month for 60 months. The hearing on confirmation will be held on:<br>**12/14/17** at **9:30 AM**, Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |