IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Alla Kheyfets,<br>     Debtor. | CHAPTER 13 |
| _____<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>as servicer for Wells Fargo Bank, National<br>Association, as Trustee for Banc of America<br>Alternative Loan Trust 2006-7,<br>     Movant,<br>v.<br>Alla Kheyfets,<br>     Debtor,<br><br>William C. Miller, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER<br>17-15961/JKF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __10th__ day of __January__, ~~2017~~ 2018, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to Movant, or its successors, if any, with respect to the property located at 1522 Overington Street, Philadelphia, PA 19124; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE