UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    ALLA KHEYFETS                              : Bankruptcy No. 17-15961JKF
                                                    :
        Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, for a period of one year.

FOR THE COURT

Jean K. FitzSimon, B. J.

**Date: February 22, 2018**

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606-0410

Carol B. McCullough, Esq.
Warminster Corporate Center
65 W. Street Road, Suite A-204
Warminster, PA 18974-9140

Alla Kheyfets
7607 Horrocks Street
Philadelphia, PA 19152-4023

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107