United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15961-jkf
Alla Kheyfets                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett         Page 1 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: pdf900        Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db          +Alla Kheyfets,    7607 Horrocks Street,    Philadelphia, Pa 19152-4023
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
cr          +Wells Fargo Bank, National Association, as Trustee,    Aldridge Pite, LLP,
              4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13979364     American Express,    PO Box 3001,    Malvern, PA 19355-0701
14017853     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
13979365     Avellina,    PO Box 1628,    Horsham, PA 19044-6628
13979366    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Attn: Recovery Department,    4161 Piedmont Pkwy,
              Greensboro, NC 27410-8110)
13979368     Capital One, Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13979369     Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
13979370     Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
13994735     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13979371     Central Finl Control,    PO Box 66044,    Anaheim, CA 92816-6044
13979372     Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13979373     Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13979374     Citi Bank / The Home Depot,    PO Box 790040,    Saint Louis, MO 63179-0040
13979375     Citizens Bank,    443 Jefferson Blvd,    Warwick, RI 02886-1321
13979377     Commonwealth of Pa,    PO Box 69185,    Harrisburg, PA 17106-9185
13979378     Credit First,    PO Box 818011,    Cleveland, OH 44181-8011
13979381     DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13979379     Delaware Valley Cardiovascular Surgical,    1203 Langhorne Newtown Rd,
              Langhorne, PA 19047-1209
13979380    +DiTech,    1100 Virginia Dr # 100,    Fort Washington, PA 19034-3279
13983121    +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Phila., PA 19106-1541
13979382     Eastern Account Systems,    PO Box 837,    Newtown, CT 06470-0837
13979383     Emerg Care Serv of Pa,    PO Box 740021,    Cincinnati, OH 45274-0021
13979387     Goody/rcbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
13979389     Langhorne Physician Service,    PO Box 14000,    Belfast, ME 04915-4033
13979391     Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
13985420    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Leslie J. Rase,    Shapiro & DeNardo, LLC,
              3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13979392     Nazareth Physician,    PO Box 824034,    Philadelphia, PA 19182-4034
14033652    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND OH 44101-4982
13979394     PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
13979393     Philadelphia Fire Department,    PO Box 8500,    Philadelphia, PA 19178-8500
13979397     Radiology Affiliates of Central N,    PO Box 787512,    Philadelphia, PA 19178-7512
13979398     Radiology Affiliates of Central NJ,    PO Box 787512,    Philadelphia, PA 19178-7512
13979399     St. Mary Medical Center Self Pay,    PO Box 822679,    Philadelphia, PA 19182-2679
13979402    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    PO Box 8026,    Cedar Rapids, IA 52408-8026)
13979403     TPS IV of Pa,    PO Box 827965,    Philadelphia, PA 19182-7965
13979400     The Bureaus Inc.,    1717 Central St,    Evanston, IL 60201-1507
13979401     Torres Credit,    PO Box 189,    Carlisle, PA 17013-0189
14029366    +Wells Fargo Bank, National Association,    CO Nationstar MTG LLC d/b/a Mr. Cooper,
              ATTN: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Feb 24 2018 01:48:01     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2018 01:47:39     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14026113    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:23
              Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk VA 23541-1021
13979376     E-mail/Text: equiles@philapark.org Feb 24 2018 01:48:25     City of Philadelphia,
              PO Box 41818,    Philadelphia, PA 19101-1818
14011171     E-mail/Text: bankruptcy.bnc@ditech.com Feb 24 2018 01:46:35
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
13979388     E-mail/Text: bankruptcy.bnc@ditech.com Feb 24 2018 01:46:35     Greentree Serviciing, LLC,
              PO Box 6172,    Rapid City, SD 57709-6172
13979390     E-mail/Text: bankruptcydpt@mcmcg.com Feb 24 2018 01:47:19     Midland Funding, LLC,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13979395     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:34
              Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541-1067
13979396     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 02:12:40
              Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 2                   Date Rcvd: Feb 23, 2018
                               Form ID: pdf900             Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14003126       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:46
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13978119      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13996299      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2018 01:47:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13978276      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:24
                 The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14021793       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2018 01:57:25         Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
13979384       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:50:09        gecrb/Howards,    PO Box 103104,
                 Roswell, GA 30076-9104
13979385       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:49:58        gecrb/JC Penny,    PO Box 103104,
                 Roswell, GA 30076-9104
13979386       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:49:58        gecrb/Lowes,    PO Box 103104,
                 Roswell, GA 30076-9104
                                                                                                TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13979363       17-15961
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*           +The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13979367*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH     on behalf of Debtor Alla  Kheyfets mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              LESLIE J. RASE    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com, lerase@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    ALLA KHEYFETS  : Bankruptcy No. 17-15961JKF
    Debtor(s) : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, for a period of one year.

FOR THE COURT

**Date: February 22, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Carol B. McCullough, Esq.
Warminster Corporate Center
65 W. Street Road, Suite A-204
Warminster, PA 18974-9140

Alla Kheyfets
7607 Horrocks Street
Philadelphia, PA 19152-4023

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107